**Ann P. BUCHMANN, Appellant,**

v.

**Kenneth H. BUCHMANN, Respondent.**

**No. 63086.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 15, 1994.

Richard B. Dempsey, Washington, for appellant.

John Robert O'Connor, Union, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

Wife appeals from an order of the circuit court terminating husband's obligation to pay monthly maintenance. The judgment of the trial court is affirmed.

An opinion reciting detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only. This memorandum sets forth the facts and reasons for this order.

The judgment is affirmed according to Rule 84.16(b).